IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01456-PAB-KLM

KELLEE D. WERTZ, now known as KELLEE D. ESCOBAR-ROMERO,

Plaintiff,

v.

BURRIS COMPANY, INC., a Delaware corporation,

Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's unopposed **Motion for Leave to File Amended Complaint and Jury Demand and Motion to Substitute Plaintiff** [#21] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#21] is **GRANTED**.  The Clerk of Court shall accept Plaintiff's First Amended Complaint [#21-1] for filing as of the date of this Minute Order.

Dated:  October 17, 2014