IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01456-PAB-KLM

TRACY L. ZUBROD, Trustee for the Bankruptcy Estate of Kellee D. Wertz, also known as Kellee D. Escobar-Romero,

Plaintiff,

v.

BURRIS COMPANY, INC. a Delaware corporation

Defendant.

## STIPULATED ORDER

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery int his case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESR or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

So ordered. November 4, 2015

KRISTEN L. MIX
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

Submitted this 2nd day of November, 2015.

**GRANT & HOFFMAN, P.C.**

/s/Brad L. Hoffman
Brad L. Hoffman,
/s/Corey Preston
Corey Preston,
821 9th Street
Greeley, CO 80631
Phone: (970)356-5666
Fax: (970)356-8967
Email: bhoffman@greeleyattorneys.com
cpreston@greeleyattorneys.com
Co-*Counsel for Plaintiff*

**MCNAMARA ROSEMAN & SHECHTER LLP**

/s/Todd J. McNamara
Todd J. McNamara
/s/Mathew S. Shechter
Mathew Shechter
1640 East 18th Avenue
Denver, CO 80218
Phone: (303)333-8700
Fax: (303)331-6769
Email: tjm@18thAveLaw.com
mss@18thAveLaw.com
*Co-Counsel for Plaintiff*

**WITWER, OLDENBURG, BARRY & GROOM, LLP**

/s/Patrick M. Groom
Patrick M. Groom,
Kent Naughton
822 7th Street, Suite 760
Greeley, CO 80631
*Attorneys for Defendant*